IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEMENCO, INC., a corporation, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 03-175  Erie ) ) Filed Electronically |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION, a corporation, | ) ) ) ) ) |
| Defendant. | ) |

**SECOND SUPPLEMENTAL APPENDIX TO BRIEF OF ZEMENCO, INC. FILED IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT OF DEVELOPERS DIVERSIFIED REALTY CORPORATION**

Plaintiff Zemenco, Inc., files this Second Supplemental Appendix to Brief of Zemenco, Inc. in Opposition to the Motion for Summary Judgment of Developers Diversified Realty Corporation consisting of Exhibit zzzz:  Deposition Transcript of Richard Hessinger, dated January 10, 2000.

        Respectfully submitted,

        *s/ Christopher P. Furman*
        Joseph A. Katarincic, Esquire
        PA ID No. 11427
        Christopher P. Furman, Esquire
        PA ID No. 89822
        THORP REED & ARMSTRONG, LLP
        Firm ID No. 282
        One Oxford Centre, 14th Floor
        301 Grant Street
        Pittsburgh, PA  15219-1425
        Telephone:  412-394-7771
        Facsimile:   412-394-2555

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 27th day of July, 2005, that true and correct copies of the foregoing Second Supplemental Appendix to Brief of Zemenco, Inc. in Opposition to the Motion for Summary Judgment of Developers Diversified Realty Corporation was served by Facsimile and United States first-class mail, postage affixed thereto, on the following parties:

>W. Patrick Delaney, Esquire
>MacDonald, Illig, Jones & Britton
>100 State Street, Suite 700
>Erie, PA 16507-1459

>*s/ Christopher P. Furman*