IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEMENCO, INC., )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>DEVELOPERS DIVERSIFIED )<br>REALTY CORPORATION )<br>    Defendant. ) | Civil Action No. 03-175 Erie |

**O R D E R**

AND NOW THIS 14th day of October, 2005,

IT IS HEREBY ORDERED THAT JUDGMENT is entered in favor of the Defendant, Developers Diversified Realty Corporation, and against the Plaintiff, Zemenco, Inc.,

      s/Sean J. McLaughlin
      Sean J. McLaughlin
      United States District Judge

cc: all parties of record. nmk