rcpt # 0485

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEMENCO, INC., a corporation, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 03-175  Erie |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION, a corporation, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that ZEMENCO, INC., plaintiff in the above-named action, hereby appeals to the United States Court of Appeals for the Third Circuit from (1) the Order entering judgment, entered in this action on October 14, 2005, (2) the Order granting summary judgment and dismissing this action, entered in this action on October 7, 2005, and (3) the minute entry denying ZEMENCO, INC.'s motion to compel filing of concise statement of material facts, entered in this action on July 15, 2005.

Respectfully submitted,

Dated: November 1, 2005

Joseph A. Katarincic, Esquire
PA ID No. 11427
THORP REED & ARMSTRONG, LLP
Firm ID No. 282
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA 15219-1425
Telephone: 412-394-7711
Facsimile: 412-394-2555

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 1st day of November, 2005, that true and correct copies of the foregoing Notice of Appeal has been served by United States first-class mail, postage affixed thereto, on the following parties:

COUNSEL FOR DEFENDANT Developers Diversified Realty Corporation:

> W. Patrick Delaney, Esquire
> MacDonald, Illig, Jones & Britton
> 100 State Street, Suite 700
> Erie, Pennsylvania 16507-1459
>
> Marcia H. Haller, Esquire
> MacDonald, Illig, Jones & Britton
> 100 State Street, Suite 700
> Erie, Pennsylvania 16507-1459
>
> T. Warren Jones, Esquire
> MacDonald, Illig, Jones & Britton
> 100 State Street, Suite 700
> Erie, Pennsylvania 16507-1459

THE COURT Pursuant to Local Appellate Rule 3.1:

> The Honorable Sean J. McLaughlin
> United States District Court Judge
> Courtroom "C"
> United States Courthouse
> 17 South Park Row
> Erie, Pennsylvania 16501