```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
           PITTSBURGH Division

       # 06000485 - ET    ET
       November 1, 2005


     Code   Case #    Qty    Amount

   APPEAL D 03-175E    1 @   255.00
                             255.00 CH


     TOTAL →           255.00



   FROM: THORP, REED & ARMSTRONG
         ONE OXFORD CENTRE
         301 GRANT STREET
         PITTSBURGH, PA  15219
```