OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

**Marcia M. Waldron**
**Clerk**

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Telephone**
**267-299-4916**

**www.ca3.uscourts.gov**

November 15, 2005

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket No. 05-4896**
    **Zemenco Inc vs. Dev Diversified**
    **D. C. No. 03-cv-00175E**

Dear Mr. Barth:

    Receipt is acknowledged on **11/7/05**, of notice of appeal filed with the district court on **11/4/05**, in the above-captioned case.

    Since the notice of appeal filed on **11/4/05** merely amends the appeal already docketed at No. 05-4896, this notice will not be given a new number but will be placed in the file.

Very truly yours,
MARCIA M. WALDRON
Clerk

/s/ Anthony W. Infante
By:  Anthony W. Infante
     Case Manager

cc:

Christopher P. Furman, Esq.
Joseph A. Katarincic, Esq.
Eric P. Reif, Esq.
John B. Wise, Esq.
Marcia H. Haller, Esq.
T. Warren Jones, Esq.
W. Patrick Delaney, Esq.