1    IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2

3  ZEMENCO, INC.,      :
    Plaintiff      :

4                 :
      v.      : No. 03-175-Erie

5                 :
  DEVELOPERS DIVERSIFIED   :

6  REALTY CORPORATION,     :
    Defendants      :

7

8

9     Emergency Motion via telephone in the

10    above-captioned matter held on Friday, July 15, 2005,

11    commencing at 10:45 a.m., before the Honorable Sean

12    J. McLaughlin, 17 South Park Row, Room A250, Erie,

13    PA 16501,

14

15

16

17  For the Plaintiff:

18    Joseph a. Katarincic, Esquire

```
        Thorp Reed & Armstrong, LLP
 19      One Oxford Centre
         301 Grant Street, 14th Floor
 20      Pittsburgh, PA 15219


 21  For the Defendant:

 22     W. Patrick Delaney, Esquire
        MacDonald Illig Jones & Britton, LLP
 23      100 State Street, Suite 700
        Erie, PA 16507
 24

 25            Reported by Sonya Hoffman
            Ferguson & Holdnack Reporting, Inc.
  2
```

```
  1        THE COURT:  I planned to get you on the line

  2        because we have an emergency motion to compel the

  3        filing of a concise statement of material facts.

  4        MR. KATARINCIC:  Judge, if I may, we have spoken

  5        about this, Counsel and I, and I told him I would

  6        prepare such a statement, even though it wasn't

  7        filed with the new motion for summary judgement.

  8        And I have a draft and I've told him I would file

  9        it today -- by the end of today.  The question

 10        then becomes when his response to it be required.

 11        I can tell you the draft will be 25 paragraphs
```

12    long.

13    THE COURT:  As a practical matter, I don't need a

14    concise statement of the material facts.  So as

15    far as I'm concerned, I've read the briefs, I

16    intend to read them again, and I consider it

17    unnecessary.  So, I guess, that takes care of

18    Defense counsel's problem as well.

19    MR. DELANEY:  I was not aware that he was going to

20    file one.  If he's going to file it today or so,

21    that's fine.  I wouldn't have gone through with

22    the call, that's fine.  And I'll file mine 10 days

23    later.

24    THE COURT:  We'll just move ahead, and we'll see

25    you all here --

3

1    MR. DELANEY:  The 28th, I think.

2    THE COURT:  Thank you.  That's all.

3

4    (Hearing concluded at 10:47 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25