OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4916 |
|  | 601 Market Street |  |
|  | Philadelphia PA 19106-1790 |  |

www.ca3.uscourts.gov

December 1, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket No. 05-4896**
    **Zemenco Inc  vs. Dev Diversified**
    **D.C. No. 03-cv-00175E**

Dear Mr. Barth:

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

> Very truly yours,
> MARCIA M. WALDRON
> Clerk
>
> By: /s/ Anthony Infante
>     Anthony W. Infante
>     Case Manager

Enclosure

cc:
    Joseph A. Katarincic, Esq.
    Jerri R. Kent, Esq.
    W. Patrick Delaney, Esq.
    Lisa S. Presta, Esq.